FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　　　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 25-1075

**Short Case Caption:** In re Gesture Technology Partners, LLC

**Party Name(s):** Coke Morgan Stewart, Acting Director, USPTO

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver** ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** Mary L. Kelly

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☒ Yes　　☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts    Form 32
                                                                 March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes    ☐ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 07/14/2025         Signature: /s/Mary L. Kelly

                         Name: Mary L. Kelly

2025-1075

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

IN RE GESTURE TECHNOLOGY PARTNERS, LLC
_____

**Statement in Support of Response to
Notice to Advise of Scheduling Conflicts**

1. I am the Associate Solicitor who will argue this appeal.

2. I submit this statement to show good cause for the dates of unavailability listed.

3. I will be unavailable for oral argument during the January 2026 court week (i.e., January 5-9 and January 12, 2026 for a scheduled vacation.

4. Please note that I may be asked to argue *In re DexCom* (CAFC Appeal No. 24-1325) and *In re DexCom* (CAFC Appeal No. 24-1326, -1327) during these same time frames.

July 14, 2025

/s/ MARY L. KELLY
MARY L. KELLY
Associate Solicitor

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
(571) 272-9035

*Attorney for the Acting Director of the
United States Patent and Trademark Office*